Opinion by Lawrence, J.  In accordance with stipulation of counsel that the merchandise consists of vitascopes and parts similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (52 Cust. Ct. 20, C.D. 2428), the claim of the plaintiff was sustained.

No. 68792.—Amity Fabrics, Inc. *v.* United States, protests 62/15421(B) and 63/5161(B) (New York).

Opinion by Rao J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 28, 1964

No. 68793.—R. J. Saunders & Co., Inc., and Woodhaven Metal Stamping Co., Inc. *v.* United States, protests 59/32341 and 62/12619 (New York).

Opinion by Oliver, C.J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68794.—Hershey Co. *v.* United States, protest 64/446 (New York).

Opinion by Oliver, C.J.  In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 28, 1964

No. 68795.—Amity Fabrics, Inc. *v.* United States, protests 64/4992(A), etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 29, 1964

No. 68796.—M. Pressner & Co. v. United States, protests 60/15328 and 61/7424 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68797.—Novelty Import Company, Inc. v. United States, protest 63/9440 (Seattle).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 29, 1964

No. 68798.—Goodman & Weinberg v. United States, protests 62/19713, 62/13709, and 63/14765 (New York).